UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 31, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALCUIN FRANCO OREGANA<br><br>Defendant. | Case No. 2:24-cr-00135-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALCUIN FRANCO OREGANA</u> Case No. <u>2:24-cr-00135-KJM</u> Charges <u>18 USC § 3583</u> from custody for the following reasons:

    _____     Release on Personal Recognizance

    _____     Bail Posted in the Sum of $ _____

        _____     Unsecured Appearance Bond $ _____

        _____     Appearance Bond with 10% Deposit

        _____     Appearance Bond with Surety

        _____     Corporate Surety Bail Bond

                  (Other): <u>Supervised Release Conditions as stated on</u>

          X  <u>the record in open court re: home detention and</u>

                 <u>reporting to U.S. Probation..</u>

Issued at Sacramento, California on October 31, 2024 at 2:00 PM

By:  */s/ Chi Soo Kim*

Magistrate Judge Chi Soo Kim