UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 18, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALCUIN FRANCO OREGANA,

    Defendant.

Case No. 2:24-cr-00135-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALCUIN FRANCO OREGANA ,  Case No. 2:24-cr-00135-KJM, Charge 18 U.S.C. § 3606 from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

    ___ Unsecured Appearance Bond $ _____

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

**X** (Other): Defendant offered clear and convincing evidence that he is not currently a risk of flight or danger to the community. Released forthwith and thereafter, must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 by 2:00 PM on 12/19/2024. Must comply with location monitoring and previously imposed conditions of release.

Issued at Sacramento, California on December 18, 2024, at 2:55 PM.

By: _____

Magistrate Judge Sean C. Riordan